IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Human, individually and | ) | |
| On behalf of all others similarly situated. | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| Vs. | ) | No. 4:32-cv-01586 |
| | ) | |
| US Health Advisors, LLC and | ) | |
| John and Jane Does 1 through 9 | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DISMISSAL WITH PREJUDICE**

Plaintiff Daniel A. Human, by and through undersigned counsel, hereby dismisses this case against all defendants with prejudice.

Respectfully submitted,


/s/. James Marks, Esquire
James Marks, Mo. 56297
Attorney At Law
WillCraft Legal Services
25 East Frisco Ave., Suite 200
St. Louis, MO 63119
jmarks@willcraftlegal.com
(314) 968-3700
Attorney for the Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing First Amended Complaint was served on all defendants through the CM/ECF filing system.

` /s/James Marks
James Marks